IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HARRY L. McCALL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:10cv476-MHT |
| | ) | (WO) |
| H. COUNCIL TRENHOLM STATE | ) | |
| TECHNICAL COLLEGE, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

OPINION

The plaintiff filed this lawsuit asserting he was discriminated in employment based on his race, gender, and disability.  He relies on a number of federal statutes.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the remaining defendants' motion for summary judgment should be granted.  Also before the court are the plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of December, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**