IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HARRY L. McCALL,                    )
                                    )
    Plaintiff,                      )
                                    )         CIVIL ACTION NO.
    v.                              )           2:10cv476-MHT
                                    )               (WO)
H. COUNCIL TRENHOLM STATE           )
TECHNICAL COLLEGE,                  )
et al.,                             )
                                    )
    Defendants.                     )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (Doc. No. 50) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 49) is adopted.

(3) The remaining defendants' motion for summary judgment (Doc. No. 43) is granted.

(4) Judgment is entered in favor of the remaining defendants and against the plaintiff, with the plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of December, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE